IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC., <br><br> and <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Plaintiffs, <br><br> v. <br><br> DIGITAL ISLAND, INC. <br><br> Defendant. | Civil Action No. 00-cv-11851RWZ <br><br> Judge Rya W. Zobel <br><br> JURY TRIAL REQUESTED |
| DIGITAL ISLAND, INC., <br><br> Counterclaimant, <br><br> v. <br><br> AKAMAI TECHNOLOGIES, INC., <br><br> Counterdefendant. | Civil Action No. 01-cv-11007RWZ |

**AKAMAI TECHNOLOGIES, INC.'S ANSWER**

Plaintiff Akamai Technologies, Inc. ("Akamai") by and through the undersigned counsel, answers and otherwise pleads to Digital Island, Inc.'s ("Digital Island") C.A. No. 01-cv-11007RWZ using the same paragraph numbering scheme as follows.

1




## JURISDICTION

1. Akamai admits that Digital Island's complaint purports to state a claim arising under the patent laws of the United States, but denies that Digital Island's complaint states a valid claim.

2. Admitted.

## VENUE

3. Akamai admits that venue is proper in the District of Massachusetts. Akamai denies all remaining allegations of paragraph 3.

## INTRADISTRICT ASSIGNMENT

4. Since the action is pending in the District of Massachusetts, no response to the allegations of paragraph 4 is deemed necessary.

## THE PARTIES

5. Akamai is without information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 5 and therefore denies the same leaving Digital Island to strict proof thereof.

6. Admitted.

## COUNT FOR PATENT INFRINGEMENT

7. Akamai admits that US Patent No. 5,978,791 entitled "Data Processing System Using Substantially Unique Identifiers to Identify Data Items, Whereby Identical Data Items

Have The Same Identifiers" issued on November 2, 1999. However, Akamai denies that the '791 patent was duly and legally issued, and generally denies all remaining allegations of paragraph 7 leaving Digital Island to strict proof thereof.

8. Denied.

9. Denied.

## DEMAND FOR JURY TRIAL

10. No response deemed necessary.

## RELIEF REQUESTED

With respect to Digital Island's Relief Requested, Akamai denies that Digital Island is entitled to any relief.

## FIRST AFFIRMATIVE DEFENSE

11. Digital Island fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

12. Akamai has not and does not infringe any claim of the '791 patent.

## THIRD AFFIRMATIVE DEFENSE

13. Upon information and belief, the '791 patent is invalid for failure to satisfy one or more of the conditions of patentability as specified in Parts II or III of Title 35 U.S.C., including,

but not limited to 35 U.S.C. § 101, 102, 103, and 112 and/or for being otherwise in violation of one or more of the sections of Parts I, II, and III of Title 35 of the United States Code.

### FOURTH AFFIRMATIVE DEFENSE

14.     Upon information and belief, Digital Island lacks standing to bring suit in its own name for infringement of the '791 patent, pursuant to the provisions of 35 U.S.C. §§ 261 and 281.

Respectfully submitted,

Dated: July 18, 2001

John P. Iwanicki, Esq. (BBO# 556465)
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, Massachusetts 02109
(617)-227-7111
iwanicki@bannerwitcoff.com

Mark T. Banner, Esq.
Christopher J. Renk, Esq.
J. Pieter Van Es, Esq.
Aimee M. Boss, Esq.
BANNER & WITCOFF, LTD.
10 South Wacker Drive, 30th Floor
Chicago, Illinois 60606
312-715-1000
mtbanner@bannerwitcoff.com

Attorneys for Akamai Technologies, Inc.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by hand upon the defendant Digital Island, Inc. by delivering a copy of same to:

> Eileen M. Herlihy
> Goodwin Procter LLP
> Exchange Place
> Boston, Massachusetts 02109
> 617-570-1000
> 617-523-1231 (fax)

and by delivering courtesy copies via U.S. mail, postage prepaid, first class, and facsimile to:

Arthur Wineburg
Lynn E. Eccleston
Pillsbury Winthrop LLP
1100 New York Avenue, N.W.
Suite 900
Washington, D.C. 20005-3918
202-861-3000
202-822-0944 (fax)

Brian J. Beatus
Pillsbury Winthrop LLP
2550 Hanover Street
Palo Alto, California 94304-1115
650-233-1115
650-233-4545 (fax)

Date: July 18, 2001

5